No. 136. E. GOUGE ET AL. *v.* JOHN M. HART, COLLECTOR OF INTERNAL REVENUE, ET AL. Appeal from the District Court of the United States for the Western District of Virginia. Argued January 15, 1920. Decided January 19, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Courtney v. Pradt,* 196 U. S. 89, 91; *Farrugia v. Philadelphia & Reading Ry. Co.,* 233 U. S. 352, 353; *Louisville & Nashville R. R. Co. v.*

*Western Union Telegraph Co.*, 234 U. S. 369, 371–372; *Male v. Atchison, Topeka & Santa Fe Ry. Co.*, 240 U. S. 97, 99. *Mr. J. S. Ashworth*, with whom *Mr. H. G. Peters* was on the brief, for appellants. *Mr. Assistant Attorney General Frierson*, with whom *The Solicitor General* was on the brief, for appellees.